# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARISABEL GARCIA,

        Plaintiff,

vs.

TARGET CORPORATION, *et al.*,

        Defendants.

Case No.: 2:25-cv-01809-GMN-NJK

**ORDER REMANDING CASE**

      On September 29, 2025, Magistrate Judge Nancy Koppe ordered Defendant Target Corporation to show cause why this case should not be remanded for lack of subject matter jurisdiction. (*See generally* Order to Show Cause, ECF No. 6).  Target filed a Response, which states that Plaintiff's damages are under $30,000 and therefore do not exceed the $75,000 amount in controversy requirement. (Resp. 3:1–2, ECF No. 8).

      Federal courts are courts of limited jurisdiction, possessing only those powers granted by the Constitution and by statute. *See United States v. Marks*, 530 F.3d 799, 810 (9th Cir. 2008). To remove a state law civil action to federal court based on diversity jurisdiction, a removing defendant must show that the matter in controversy exceeds the sum or value of $75,000.00. 28 U.S.C. § 1332(a).  Because Defendant admits that Plaintiff's damages do not exceed $75,000, this Court does not have jurisdiction over this case and must remand it.

///

///

///

///

///

Accordingly,

**IT IS HEREBY ORDERED** that this case is **REMANDED** to the Eighth Judicial District Court for Clark County.

**DATED** this __21__ day of October, 2025.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT